# OSTRER & ASSOCIATES, P.C.
ATTORNEYS AT LAW

Benjamin Ostrer
David L. Darwin
Marissa C. Tuohy
Amir H. Sadaghiani
Jeffrey R. Laurice+

+Admitted in CA only

111 Main Street
P.O. Box 509
Chester, NY 10918

Phone: 845-469-7577
Fax: 845-469-8690
Fax Service Not Accepted

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/16

**MEMO ENDORSED**

February 3, 2016

*[Handwritten endorsement: 2/3/16 — Defendant is to surrender to the facility designated by the BOP, before 2 PM, on Feb. 29, 2016. /s/ Colleen McMahon]*

via e-mail only to jimmy_oneill@nysd.uscourts.gov

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

Re:   United States v. Noramie Jasmin
      No. 13 Cr. 297 (CM)

Dear Judge McMahon:

I received a call from Dr. Choudhri a short while ago. He reports that the surgery took longer than originally anticipated due to the existence of some scar tissue, but proceeded uneventfully. Due to the late hour of conclusion of the surgery and after some safety check regarding Ms. Jasmin's ability to ambulate, she may be cleared for discharge late in the day today or more likely tomorrow.

Dr. Choudhri would like to monitor the patient until February 19th, during which time other post-op follow up will be completed. Dr. Choudhri described post-op follow up as bare bones and could possibly advance the post-op examination to February 12th, but would prefer not to be required to do so. Should Your Honor wish to speak with Dr. Choudhri, defendant consents to ex-parte communication and the doctor has provided me with his cell phone number, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Should Your Honor require a joint call, this afternoon or tomorrow morning, kindly advise when I am to be available.

Thank you for your courtesies.

Respectfully submitted,

Benjamin Ostrer

BO/jdb
cc: AUSA Perry Carbone - via e-mail only to perry.carbone@usdoj.gov
    AUSA Jessica Feinstein - via e-mail only to jessica.feinstein@usdoj.gov
    Tanvir F. Choudhri, M.D. - via fax only to ▇▇▇▇▇▇

WWW.OSTRER.COM